a surety company bond to be filed in a sum sufficient to pay the reasonable value of its occupation for every day it remains on the property until October 20, 1931, and provided the appeal be brought on for argument on the 9th day of October, 1931. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

M. ARTHUR HELFHAT, Respondent, v. J. NORMAN WHITEHOUSE and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES MENDELOWITZ, an Infant, by LOUIS MENDELOWITZ, His Guardian ad Litem, and LOUIS MENDELOWITZ, Respondents, v. MARY NEISNER, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Finch P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Finch, P. J., and Martin, J., dissent and vote for reversal and dismissal of the complaint.

In the Matter of the Application of JAMES M. HOYT, Appellant, to Vacate and Quash an Alleged Subpœna; etc., Purported to Have Been Issued by the ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LEW L. HARR, Appellant, v. WELLS-NEWTON NATIONAL CORPORATION, Respondent. LEW L. HARR, Plaintiff, v. WELLS-NEWTON NATIONAL CORPORATION, Respondent, and L. L. HARR CORPORATION OF NEW YORK, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LEW L. HARR, Appellant, v. WELLS-NEWTON NATIONAL CORPORATION, Respondent.— Appeal dismissed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THORNYCROFT, INC., Respondent, v. A. CUSHING ASH and FLORENCE M. ASH, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH LEWIS, a Taxpayer of the City of New York, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRANK PROSSER and Others, Appellants, v. WILLIAM R. SANFORD, Respondent, Impleaded with Another.— Judgment affirmed, with costs.— No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

PEARL REITER, Respondent, v. GRAND CENTRAL PACKARD PRINTING CORPORATION, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CEMETERY GARDENS, INC., Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.‡— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Martin, J., dissents and votes for reversal and a new trial.

In the Matter of the Application of ROBERT BOLLMAN and HENRY BOLLMAN, Appellants, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and Others, Respondents, and GOWOL HOLDING CORPORATION, Inter-

---

* Revd., 258 N. Y. 181.    † Affd., 258 N. Y. 117.    ‡ Affd., 257 N. Y. 620.